NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFTG-TG, LLC** AND
**PHILLIP M. ADAMS & ASSOCIATES, LLC,**
*Plaintiffs-Appellants,*

v.

**NUVOTON TECHNOLOGY CORPORATION** AND
**NUVOTON TECHNOLOGY CORPORATION
AMERICA,**
*Defendants,*

AND

**PEGATRON CORPORATION, PEGATRON
TECHNOLOGY SERVICE, INC.,** AND **UNIHAN,**
*Defendants-Appellees.*

---

2011-1306

---

Appeal from the United States District Court for the District of Wyoming in case no. 10-CV-0227, Judge Nancy D. Freudenthal.

---

ON MOTION

---

ORDER

Upon consideration of Nuvoton Technology Corporation and Nuvoton Technology Corporation America's unopposed motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The official revised caption is reflected above.

FOR THE COURT

JUL 19 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ezekiel R. Dumke, IV, Esq.
E. Robert Yoches, Esq.
Ronald S. Lemieux, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 19 2011

JAN HORBALY
CLERK